# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| *In re: CaptureRX Data Breach Litigation*<br><br>This Document Relates To:<br><br>All Actions | Master File No. 5:21-CV-00523-OLG |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

Plaintiffs Daisy Trujillo, Mark Vereen, Michelle Rodgers, Echoe Camacho, on behalf of herself and her minor child, T.C., and Angelica Mendoza, individually and behalf of others similarly situated ("Plaintiffs") hereby move this Court for final approval of the class action settlement preliminarily approved by this Court on March 3, 2022. Plaintiffs respectfully request that this Court:

    a.    Grant final certification of the Settlement Classes, appoint Plaintiffs Daisy Trujillo, Mark Vereen, Michelle Rodgers, Echoe Camacho, on behalf of herself and her minor child, T.C., and Angelica Mendoza as Class Representatives and appoint M. Anderson Berry and Gary M. Klinger as Class Counsel;

    b.    Approve the requested attorneys' fees and expenses in the amounts of $1,583,333.33 and $18,829.79 respectively, and Plaintiffs' requested service awards in the amount of $2,000 to each of the five representative Plaintiffs (for a total of $10,000);

    c.    Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

1

d. Find that the terms of the Settlement Agreement fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

e. Direct the Parties, their respective attorneys, and the Claims Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement, and;

f. Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

This Motion is based on: the Supporting Memorandum filed herewith; the Settlement Administrator Declaration of Kroll Settlement Administration ("Kroll") in Support of Final Approval filed herewith; the Declaration of Gary M. Klinger in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement filed herewith; the Settlement Agreement entered into between the parties as well as the Notices issued to the Class at ECF 41-1; Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Supporting Memorandum, and Supporting Declarations at ECF 41, 41-2, and 41-3; and Plaintiffs' Motion for Approval of Attorneys' Fees, Costs, and Service Awards and accompanying documents at ECF 44 and ; all other pleadings and papers on file in this action; and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing currently scheduled for June 23, 2022.

Defendant does not oppose the relief sought in this motion.

Wherefore, premises considered, Plaintiffs request that this Court grant this motion.and grant the motion for attorneys' fees, costs, and service awards (ECF No. 44).

Date: June 1, 2022

/s/ Gary M. Klinger
Gary M. Klinger (*Pro Hac Vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
gklinger@milberg.com

M. ANDERSON BERRY (262879)
(*Pro Hac Vice*)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Interim Co-Lead Counsel*

Joe Kendall
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: 214-744-3000
Facsimile: 214-744-3015
jkendall@kendalllawgroup.com

*Local Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1ST day of June, 2022, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court for the Western District of Texas via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matters.


Date: June 1, 2022                               */s/ Gary M. Klinger*